ACCEPTED
12-13-00379-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/16/2015 4:53:20 PM
CATHY LUSK
CLERK

## No. 12-13-00379-CV

IN THE TWELFTH COURT OF APPEALS
AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/16/2015 4:53:20 PM
CATHY S. LUSK
Clerk

MARTHA N. HILL AND GARY HILL

Appellants

v.

WINNON EARL SWORD

Appellee

Appeal from the 114th Judicial District Court of Smith County, Texas

---

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

---

Comes now Martha N. Hill and Gary Hill ("Hill"), Appellants, herein ("Appellants"), and pursuant to Texas Rule of Appellate Procedure 49.8 file this, its Appellants' Unopposed Motion for Extension of Time to File Motion For Rehearing. In support thereof, Appellants would respectfully show unto the Court as follows:

1.    The deadline for filing Appellants' Motion for Rehearing in this court is January 22, 2015.

2.    Appellants seek an order extending the time for filing their Motion for Rehearing for 15 days, so that Appellants' Motion would be due for filing in this court on February 6, 2015.

3.    Appellants request this extension of time to file their Motion for Rehearing in order to accommodate and comply with briefing deadlines in two other appellate cases and associated responsibilities therewith.

4.    This is the first request for extension of time for filing the Motion for Rehearing that Appellants have sought from this Court.

5.    This request is not sought for the purpose of delay, but to allow Appellants adequate time to fully and properly address the merits of their Motion for Rehearing.

### Prayer

Therefore, Appellants respectfully request that the Court issue an order extending the time for filing Appellants' Motion for Rehearing in the above case to February 6, 2015.

Respectfully submitted,

FLOWERS DAVIS, P.L.L.C.

By: _____

Julie P. Wright
State Bar No. 00794883
Morgan M. Elliott
State Bar No. 24065196
1021 ESE South Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile
Email:  jpw@flowersdavis.com

ATTORNEYS FOR APPELLANTS
MARTHA AND GARY HILL

## CERTIFICATE OF CONFERENCE

On January 16, 2015, Appellants' attorney conferred with counsel for Appellee and has been advised that Appellee does not oppose this motion.



_____
Julie P. Wright


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument was served by Electronic Filing Service on January 16, 2015.

Mr. Scott R. Ritcheson                                    Via E-Service:  scottr@rllawfirm.net
Ritcheson, Laufer, Vincent & Dukes, PC
821 ESE Loop 323, Suite 530
Tyler, Texas 75701


_____
Julie P. Wright